UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Viet Anh Vo<br><br>           Plaintiff,<br>v.<br><br>Rebekah E. Gee, Secretary of the Department of Health; Devin George, State Registrar; Michael Thibodeaux, Iberia Parish Clerk; Diane Meaux Broussard, Vermilion Parish Clerk; Louis J. Perret, Lafayette Parish Clerk;<br><br>           Defendants. | CASE NO. 16-cv-15639-ILRL-MBN |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Plaintiff Viet Anh Vo hereby requests oral argument for his Motion for a Preliminary Injunction. Oral argument will benefit the Court in that it will allow for a better understanding of the law and facts and give the opportunity for counsel to respond to any question from the Court. Pursuant to Local Rule 78.1, oral argument will occur on February 1, 2017 at 9:00 a.m., as noticed for submission of Plaintiff's Motion, without further notice, unless the Court should order otherwise.

Dated:  January 17, 2017

                                              Respectfully submitted,

                                              /s/ *Mary Yanik*

| | |
|---|---|
| Mary Yanik, Trial Attorney<br>(LA Bar No. 36973)<br>Jennifer J. Rosenbaum<br>(LA Bar No. 31946)<br>NEW ORLEANS WORKERS'<br>CENTER FOR RACIAL JUSTICE<br>217 N. Prieur St<br>New Orleans, LA 70112<br>T: (504) 309-5165<br>*myanik@nowcrj.org*<br>*jjrosenbaum@nowcrj.org* | Lisa Gilford*<br>Stacy R. Horth-Neubert*<br>Maximillian Hirsch*<br>Jeffery B. White*<br>SKADDEN, ARPS SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90026<br>T: (213) 687-5000<br>*lisa.gilford@skadden.com*<br>*stacy.horth-neubert@skadden.com*<br>*maximillian.hirsch@skadden.com*<br>*jeffery.white@skadden.com* |

| | |
|---|---|
| Karen C. Tumlin* <br> Nora A. Preciado* <br> Alvaro M. Huerta* <br> NATIONAL IMMIGRATION LAW CENTER <br> 3435 Wilshire Boulevard, Suite 1600 <br> Los Angeles, CA 90010 <br> T: (213) 639-3900 <br> tumlin@nilc.org <br> preciado@nilc.org <br> huerta@nilc.org | Marley Ann Brumme* <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 500 Boylston Street <br> Boston, MA 02116 <br> T: (617) 573-4800 <br> marley.brumme@skadden.com <br><br> *Admitted pro hac vice |

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.4, I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Neal R. Elliott, Jr. (#24084), Louisiana Department of Health, 628 N. 4th Street, Baton Rouge, Louisiana 70821-3836. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Michael Thibodeaux, P.O. Drawer 12010, New Iberia, LA 70562-2010; Diane Meaux Broussard, 100 North State St., Suite 101, Abbeville, LA 70510; Louis J. Perrett, P.O. Box 2009, Lafayette, LA 70502.

Dated: January 17, 2017

*/s Mary Yanik*  
Mary Yanik
