UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIET ANH VO**                                              **CIVIL ACTION**

**VERSUS**                                                   **NO. 16-15639**

**REBEKAH E. GEE,**                                          **SECTION "B"(5)**
**SECRETARY OF THE DEPARTMENT**
**OF HEALTH, ET AL**

### ORDER

Considering the foregoing "Request for Oral Argument" (Rec. Doc. 29),

**IT IS ORDERED** that request is **DENIED.**

New Orleans, Louisiana, this 18th day of January, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE