## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Viet Anh Vo <br>      Plaintiff, <br>   v. <br><br> Rebekah E. Gee, Secretary of the Department of Health; Devin George, State Registrar; Michael Thibodeaux, Iberia Parish Clerk; Diane Meaux Broussard, Vermilion Parish Clerk; Louis J. Perret, Lafayette Parish Clerk; <br><br>      Defendants. | CASE NO. 16-cv-15639-ILRL-MBN |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Viet Anh Vo, and for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, moves this Court for issuance of a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, enjoining Defendants from further enforcing the sections of Louisiana law that prevent applicants like Plaintiff from obtaining marriage licenses if they cannot provide the required documents — specifically, Sections 226(C)(1)(a), 226(C)(2) and 228 of Title 9 of the Louisiana Revised Statutes, as amended in Louisiana Act Number 436 (2015).

This Motion is made on the grounds specified in this Motion, the accompanying Memorandum of Law, the Declaration of Viet Anh Vo in support of the Motion, and the Declaration of Mary Yanik in support of the Motion and exhibits thereto; all of which are filed concurrently herewith; all of the pleadings and papers on file in this action; all matters of which this Court may take judicial notice; and on such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

Dated:  January 17, 2017                                      Respectfully submitted,

                                                              /s/ *Mary Yanik*

| | |
|---|---|
| Mary Yanik, Trial Attorney | Lisa Gilford* |
| (LA Bar No. 36973) | Stacy R. Horth-Neubert* |
| Jennifer J. Rosenbaum | Maximillian Hirsch* |
| (LA Bar No. 31946) | Jeffery B. White* |
| NEW ORLEANS WORKERS' | SKADDEN, ARPS SLATE, MEAGHER & |
| CENTER FOR RACIAL JUSTICE | FLOM LLP |
| 217 N. Prieur St | 300 South Grand Avenue, Suite 3400 |
| New Orleans, LA 70112 | Los Angeles, CA 90026 |
| T: (504) 309-5165 | T: (213) 687-5000 |
| *myanik@nowcrj.org* | *lisa.gilford@skadden.com* |
| *jjrosenbaum@nowcrj.org* | *stacy.horth-neubert@skadden.com* |
| | *maximillian.hirsch@skadden.com* |
| Karen C. Tumlin* | *jeffery.white@skadden.com* |
| Nora A. Preciado* | |
| Alvaro M. Huerta* | Marley Ann Brumme* |
| NATIONAL IMMIGRATION LAW | SKADDEN, ARPS, SLATE, MEAGHER & |
| CENTER | FLOM LLP |
| 3435 Wilshire Boulevard, Suite 1600 | 500 Boylston Street |
| Los Angeles, CA 90010 | Boston, MA 02116 |
| T: (213) 639-3900 | T: (617) 573-4800 |
| *tumlin@nilc.org* | *marley.brumme@skadden.com* |
| *preciado@nilc.org* | |
| *huerta@nilc.org* | |

                                                              *\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.4,  I hereby certify that on January 17, 2017, I electronically filed the foregoing and all supporting papers with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Neal R. Elliott, Jr. (#24084), Louisiana Department of Health, 628 N. 4th Street, Baton Rouge, Louisiana 70821-3836.  I further certify that I mailed the foregoing document, all supporting papers, and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Michael Thibodeaux, P.O. Drawer 12010, New Iberia, LA 70562-2010; Diane Meaux Broussard, 100 North State St., Suite 101, Abbeville, LA 70510; Louis J. Perrett, P.O. Box 2009, Lafayette, LA 70502.

Dated:  January 17, 2017

                                                              */s Mary Yanik*
                                                              Mary Yanik