UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIET ANH VO**                                                                                         **CIVIL ACTION**

**VERSUS**                                                                                                **NO. 16-15639**

**REBEKAH E. GEE,**                                                                            **SECTION "B"(5)**
**SECRETARY OF THE DEPARTMENT**
**OF HEALTH, ET AL**

### ORDER

Considering the foregoing "Ex Parte Motion to Continue Hearing of the Preliminary Injunction" (Rec. Doc. 69), "Ex Parte Motion to Expedite Consideration of Defendant's Motion to Continue" (Rec. Doc. 70), and "Unopposed Motion for Leave to File Reply Memorandum in Support of Rule 12(b)(6) Motion to Dismiss" (Rec. Doc. 72),

**IT IS ORDERED** that the "Motion for Expedited Hearing" (Rec. Doc. 70) is **GRANTED** without need of oral argument or further briefing.

**IT IS FURTHER ORDERED** that the "Motion to Continue Hearing of the Preliminary Injunction" (Rec. Doc. 69) is **DENIED** without need for opposition.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (Rec. Docs. 47 and 49) and the Motions to Transfer (Rec. Docs. 48 and 50) are also set for oral argument on **Wednesday, March 22nd at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the "Motion for Leave to File Reply" (Rec. Doc. 72) is **GRANTED.**

New Orleans, Louisiana, this 21st day of March, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE