**MINUTE ENTRY**
**LEMELLE, J.**
**MARCH 22, 2017**

**JS-10: 01:10**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIET ANH VO**                                                      CIVIL ACTION

**VERSUS**                                                           NO.  16-15639

**REBEKAH E. GEE, ET AL.**                                           SECTION "B" (5)

## MOTION HEARING

Courtroom Deputy:     Isidore Grisoli
Court Reporter:       Jodi Simcox

APPEARANCES:          Mary C. Yanik, Alvaro Huerta, Marley Brumme, Nora Preciado,
                        Karen C. Tumlin for plaintiff(s)
                      Neal Elliott, Jr., Kay Theunissen, Stephen Oats, Cearley Fontenot,
                        for defendant(s)

Court begins at 9:15 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties re Motion for Preliminary Injunction (Rec. Doc. No. 34),   Motions to Dismiss (Rec. Doc. Nos. 47 and 49) and the Motions to Transfer (Rec. Doc. Nos. 48 and 50). See Court Order.

Court adjourned at 10:25 a.m.