## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIET ANH VO | CIVIL ACTION |
| VERSUS | NUMBER: 16-15639   SECTION: B(5) |
| REBEKAH GEE, SECRETARY OF THE DEPT. OF HEALTH, ET AL. | JUDGE IVAN L.R. LEMELLE |
| | MAGISTRATE JUDGE NORTH |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment for attorneys' fees and costs was rendered by the United States District Court for the Eastern District of Louisiana on February 20th, 2018, in the favor of plaintiff, Viet Vo, and against defendants, the Secretary for the Louisiana Department of Health, Rebekah Gee, and the Louisiana State Registrar, Devin George, ordering them to pay to plaintiff's attorneys the total sum of $154,754.93 in fees and costs;

AND WHEREAS, the aforesaid judgment has now been fully satisfied by payment by defendants;

NOW THEREFORE, satisfaction of the judgment is hereby acknowledged and the Clerk of the United States District Court for the Eastern District of Louisiana, and any other Court Clerk a copy of the judgment was filed within, is hereby authorized by plaintiff by and through undersigned counsel to mark the docket satisfied in this matter and to otherwise cancel and discharge the judgment.

Respectfully submitted,

**BY** _____

Alvaro M. Huerta, *pro hac vice*
Karen C. Tumlin, *pro hac vice*
Nora A. Preciado, *pro hac vice*
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Telephone No.: (213) 639-3900
Huerta@nilc.org
Tumlin@nilc.org
Preciado@nilc.org

and

Mary Yanik (La. Bar No. 36973)
New Orleans Workers' Center For Racial Justice
217 N. Prieur Street
New Orleans, LA 70112
Telephone No.: (504) 309-5165
myanik@nowcrj.org

and

Stacy R. Horth-Neubert, *pro hac vice*
Maximillian Hirsch, *pro hac vice*
Michelle Coquelin, *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM L.L.P.
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90026
Telephone No.: (213) 687-5000
Stacy.horth-neubert@skadden.com
Maximillian.hirsch@skadden.com
Michelle.coquelin@skadden.com

and

Marley Ann Brumme, *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM L.L.P.
500 Boylston Street
Boston, MA 02116
Telephone No.: (617) 573-4800
Marley.brumme@skadden.com